

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ELAMEX, S.A. DE C.V.; ELAMEX USA, CORP.; and MOUNT FRANKLIN FOODS, L.L.C. | § | No. 08-23-00246-CV |
| | § | AN ORIGINAL PROCEEDING IN |
| Relators. | § | MANDAMUS |
| | § | |
| | § | |

## **SUBSTITUTED JUDGMENT**

The February 21, 2024 judgment of the Court issued is withdrawn and the following is the now judgment of the Court.

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Ruben Morales, Judge of the County Court at Law No.7 District Court of El Paso, Texas and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 4TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)